[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 23-13108

Non-Argument Calendar

————————————

RICHARD ALTMAN WHITE,

Plaintiff-Appellant,

*versus*

BIRGIT BOEHM,
C.F.O.,
STEFAN KRAMER,
C.F.O.,
BMW BANK OF NORTH AMERICA,
BMW FINANCIAL SERVICES NA, LLC,

Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02962-VMC

_____

Before NEWSOM, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Upon review of the record and the response to the jurisdictional question, this appeal is DISMISSED for lack of jurisdiction.

Appellant Richard White's September 13, 2023 notice of appeal is untimely to appeal from the July 17, 2023 final judgment dismissing his action. *See* Fed. R. App. P. 4(a)(1)(A) (providing that notices of appeal must be filed within 30 days of the entry of final judgment); 28 U.S.C. § 2107(a). White referred to two defendants in his complaint as both "Federal Reserve agents" and the Chief Financial Officers of private entities, but other than those summary labels, his complaint did not contain any allegations that any defendant is a federal agency, officer, or employee. Nor does anything else in the record suggest that there is a federal defendant. In his response to our jurisdictional question, White stated that he made those references in his complaint based on his understanding of federal laws pertaining to the Federal Reserve. The laws he cited also do not support a finding that any defendant is a federal agency, officer, or employee. We thus conclude that the 60-day appeal deadline in Fed. R. App. P. 4(a)(1)(B) does not apply.

All pending motions are DENIED as moot.